UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KHARY JAMAL ANCRUM,                :
                                   :
         Petitioner,               : CIVIL ACTION NO. 3:11-CV-1420
                                   :
    v.                             : (JUDGE CONABOY)
                                   : (Magistrate Judge Mannion)
RONNIE HOLT,                       :
                                   :
         Respondent,               :
                                   :

## ORDER

AND NOW, THIS 14th DAY OF JULY 2012, FOR THE REASONS DISCUSSED IN THE SIMULTANEOUSLY FILED MEMORANDUM, IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (Doc. 11) is ADOPTED as modified;

2. Petitioner's 28 U.S.C. § 2241 Petition (Doc. 1) is DISMISSED;

3. There is no basis for the issuance of a certificate of appealability;

4. The Clerk of Court is directed to close this case.

FILED
SCRANTON
JUL 16 2012
PER ___ DEPUTY CLERK

RICHARD P. CONABOY
United States District Judge